# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. __09-1256M__          Tape No. __CS 6/23/2009__          Date: __June 23, 2009__

Present: The Honorable __ANDREW J. WISTRICH__, U.S. Magistrate Judge

| Y. Benavides | Maggie Carter | Ahmed Mekhemar (Arabic) |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* |

USA v. Nakoula Basseley Nakoula

☒ Present   ☒ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant:
Nadine Hettle-Substitutes out - Jack Whitaker substitutes in

☒ Present   ☐ CJA   ☐ Retd   ☒ DFPD   ☐ Not present

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
   *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ if _____ fails or declines to take custody of defendant.   *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☒ Other: __Defendant submits to detention.__

### BAIL INFORMATION

**TYPE OF BOND**
☐ Personal Recognizance *(Signature only - no dollar amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  *(cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
  *(Corporate Surety Bond requires separate form)*
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____ ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**
☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

Distribution:   Blue - AUSA      Yellow - Defendant      Pink - PSA

M-46 (06/98)      RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING

Time: 01