# United States District Court

<u>  CENTRAL  </u> DISTRICT OF <u>  CALIFORNIA  </u>

UNITED STATES OF AMERICA
    v.

WARRANT FOR ARREST
ON COMPLAINT

NAKOULA BASSELEY NAKOULA,

CASE NUMBER: **09-1256M**

To: The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>NAKOULA BASSELEY NAKOULA</u> and bring him or her forthwith to the nearest Judge/Magistrate to answer a complaint charging him with knowingly and with intent to defraud, executing a scheme to defraud a federally-insured financial institution, namely, Wells Fargo Bank, as to material matters, in violation of Title 18, United States Code, Section 1344(1).

    with Bail fixed at $ <u> DETENTION </u>
    REC: BY AUSA

Date: <u> June 16, 2009 </u>

The Honorable Rosalyn M. Chapman
United States Magistrate Judge

Signature of ~~Judge~~/Magistrate Judge

ARRESTED WITHIN THE C/CA
BY: USPS
ON: 6/18/09
SIGNED: R. Neal